IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

B-K CYPRESS LOG HOMES INC,

    Plaintiff,

v.                                            CASE NO. 1:09-cv-00211-MP-GRJ

AUTO-OWNERS INSURANCE COMPANY,

    Defendant.

_____/

**O R D E R**

    This matter is before the Court on Doc. 136, Plaintiff's Proposed Schedule by B-K Cypress Log Homes, Inc. and Doc. 150, Defendant's Proposed Schedule by Auto-Owners Insurance Company.  The Court's June 24, 2011 order, Doc. 121, directed the parties to agree on the extent of discovery or file a motion with the Court, then submit a proposed schedule regarding discovery on damages, motions in limine, and trial briefs. The parties have been unable to agree on the dates and have submitted separate proposed schedules.  Docs. 136 and 150.  The Court has considered the parties' proposed schedules and concludes that the following schedule shall control the further progress of this case.

    Accordingly, it is now **ORDERED** as follows:

1.      The Clerk is directed to set the following dates:

Discovery deadline including depositions of experts  . . . . . .   December 16, 2011
Dispositive Motions and Daubert motions  . . . . . . . . . . . . . . .   January 13, 2012
All other motions including motions in limine  . . . . . . . . . . . . . February 3, 2012
Trial Briefs  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . February 17, 2012
Final Pretrial Conference  . . . . . . . . . . . . . . . . . . . . . . . . . . February 27, 2012
Trial  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . March 5, 2012

**DONE AND ORDERED** this 2nd day of November, 2011.


                                        *s/Gary R. Jones*
                                        GARY R. JONES
                                        United States Magistrate Judge