### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF FLORIDA
### GAINESVILLE DIVISION

B-K CYPRESS LOG HOMES INC,

      Plaintiff,

v.                                  CASE NO. 1:09cv211-MP-GRJ

AUTO-OWNERS INSURANCE COMPANY,

      Defendant.

_____/

### O R D E R

      This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated November 1, 2011.  (Doc. 151).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of any timely filed objections.

      Having considered the Report and Recommendation, and any objections thereto timely filed[1], I have determined that the Report and Recommendation should be adopted.

      Accordingly, it is now ORDERED as follows:

      1.      The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

      2.      Defendant's counsel[2] is ordered to pay plaintiff $30,969.40 plus interest, at the federal rate, on the award from May 13, 2011, the date of the sanctions order.[3]  This

---

[1]  No objections have been filed.

[2]  Pursuant to the order imposing sanctions (doc. 106), defendant's counsel of record is required to satisfy personally the plaintiff's reasonable costs and attorney's fees.

[3]  Under Florida law, "[p]rejudgment interest begins to accrue on the date the entitlement to attorney fees is fixed through agreement, arbitration award, or court determination." *Butler v. Yusem*, 3 So. 3d 1185, 1186 (Fla. 2009).  Thus, Plaintiff is entitled to interest from the date the Court determined Plaintiff was entitled to an award of fees.

award represents the reasonable expenses, including attorney's fees, incurred in obtaining discovery from defendant, including time spent obtaining the sanctions order.

**DONE and ORDERED** this 12th day of December, 2011.


*s/ M. Casey Rodgers*
_____
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**