IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

B-K CYPRESS LOG HOMES INC,

    Plaintiff,

v.                                                        CASE NO. 1:09-cv-00211-MP-GRJ

AUTO-OWNERS INSURANCE COMPANY,

    Defendant.

_____/

## O R D E R

    This matter is before the Court on doc. 177, Motion for Extension of Time to File *Daubert* Motions by B-K Cypress Log Homes, Inc. Plaintiff is in the process of seeking leave to amend and amending its original complaint, which will require rescheduling the *Daubert* motion deadline. As such, plaintiff requests entry of an order granting the parties a three-week enlargement of time to file their respective *Daubert* motions, through February 3, 2012. The defendant is not opposed to the requested extension of time.

    Accordingly, it is now **ORDERED** as follows:

1.     Plaintiff's motion for extension of time to file *Daubert* motions, doc. 177, is GRANTED.

2.     The parties may file *Daubert* motions on or before February 3, 2012.

    **DONE AND ORDERED** this 17th day of January, 2012.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge