IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

B-K CYPRESS LOG HOMES INC,

    Plaintiff,

v.	CASE NO. 1:09-cv-00211-MP-GRJ

AUTO-OWNERS INSURANCE COMPANY,

    Defendant.

_____/

## O R D E R

This matter Is Before the Court on doc. 178, Motion for Extension of Time to File Dispositive Motions by Auto-Owners Insurance Company. Based on new evidence, the plaintiff is in the process of seeking leave to amend and amending its original complaint, which will require rescheduling the dispositive motion deadline. As such, plaintiff requests entry of an order granting the parties a three-week enlargement of time to file dispositive motions, through February 3, 2012. The plaintiff is not opposed to the requested extension of time.

Accordingly, it is now **ORDERED** as follows:

1. Defendant's motion for extension of time to file dispositive motions, doc. 178, is GRANTED.

2. The parties may file dispositive motions on or before February 3, 2012.

**DONE AND ORDERED** this 17th day of January, 2012.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge